## STATE OF INDIANA *v.* MARLOWE.

[No. 23,029.   Filed June 21, 1917.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Prosecution by the State of Indiana against Sam Marlowe. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg*, Attorney-General, and *M. L. Pigg*, for the State.

*John W. Lindley* and *Walter F. Wood*, for appellee.

MYERS, J.—The questions presented by the record in the above entitled cause are the same as those considered and decided in *State* v. *Bedford* (1917), *ante* 297, 116 N. E. 423, and on the authority of that case the judgment in this case is affirmed.

---

## STATE OF INDIANA *v.* BEACH.

[No. 23,039.   Filed June 21, 1917.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Prosecution by the State of Indiana against John R. Beach. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg*, Attorney-General, and *M. L. Pigg*, for the State.

*John W. Lindley* and *Walter F. Wood*, for appellee.

MYERS, J.—The judgment in this case is affirmed on the authority of *State* v. *Bedford* (1917), *ante* 297, 116 N. E. 423.

---

## FIDELITY AND CASUALTY COMPANY OF NEW YORK *v.* JASPER VENEER MILLS ET AL.

[No. 23,272.   Filed November 23, 1917.]

From Pike Circuit Court; *John L. Bretz*, Judge.

Action by the Fidelity and Casualty Company of New York against the Jasper Veneer Mills and others.   From a judgment